James WALTON, Appellant,

v.

Larry CRAWFORD, Respondent.

No. WD 68661.

Missouri Court of Appeals,
Western District.

Feb. 17, 2009.

James Walton, Jefferson City, pro se.

Stephen D. Hawke, Jefferson City, MO, for Respondent.

Before: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and ALOK AHUJA, Judge.

### *ORDER*

PER CURIAM:

James Walton brings a *pro se* appeal from a summary judgment entered in favor of the Director of the Missouri Department of Corrections on his petition for declaratory judgment. After a thorough review of the record and viewing the facts in the light most favorable to the non-moving party, we find that the Director made a prima facie showing that summary judgment was proper and Walton failed to show that there was a genuine issue of material fact. An extended opinion would have no precedential value, but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Larry D. RIVERS, Appellant.

No. WD 69610.

Missouri Court of Appeals,
Western District.

Feb. 17, 2009.

Irene Karns, Columbia, MO, for appellant.

Kate H. Schaefer, St. Joseph, MO, for respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and JAMES E. WELSH, JJ.

### *Order*

PER CURIAM:

Larry D. Rivers appeals the circuit court's judgment of his conviction of one count of the Class A misdemeanor of driving with a suspended license in violation of § 302.321, RSMo, 2000.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).